1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                        * * *
                                          )
9    ALEJANDRA BARCENA,                   )
                                          )
10               Plaintiff,               )              3:11-cv-0880-LRH-VPC
                                          )
11   v.                                   )
                                          )              ORDER
12   JP MORGAN CHASE BANK, N.A.; et al.,  )
                                          )
13               Defendants.              )
     ─────────────────────────────────   )

14

15        Before the court are plaintiff Alejandra Barcena's ("Barcena") motion to certify questions to

16   the Nevada Supreme Court (Doc. #12) and motion to intervene and consolidate (Doc. #13).

17        On March 29, 2012, the court dismissed Barcena's complaint for failure to state a claim.

18   Doc. #16. Accordingly, the court shall deny Barcena's remaining motions as moot.

19

20        IT IS THEREFORE ORDERED that plaintiff's motion to certify questions (Doc. #12) and

21   motion to intervene (Doc. #13) are DENIED as moot.

22        IT IS SO ORDERED.

23        DATED this 11th day of April, 2012.

24

25                                       _____

26                                       LARRY R. HICKS
                                         UNITED STATES DISTRICT JUDGE