1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7                   DISTRICT OF NEVADA

8                          * * *
                            )
9    ALEJANDRA BARCENA,      )
                            )
10              Plaintiff,   )          3:11-cv-0880-LRH-VPC
                            )
11   v.                      )
                            )          ORDER
12   JP MORGAN CHASE BANK, N.A.; et al., )
                            )
13              Defendants.  )
     _____ )

14

15          Before the court are plaintiff Alejandra Barcena's ("Barcena") motion to certify questions to

16   the Nevada Supreme Court (Doc. #12) and motion to intervene and consolidate (Doc. #13).

17          On March 29, 2012, the court dismissed Barcena's complaint for failure to state a claim.

18   Doc. #16. Accordingly, the court shall deny Barcena's remaining motions as moot.

19

20          IT IS THEREFORE ORDERED that plaintiff's motion to certify questions (Doc. #12) and

21   motion to intervene (Doc. #13) are DENIED as moot.

22          IT IS SO ORDERED.

23          DATED this 11th day of April, 2012.

24

25                                        _____
                                          LARRY R. HICKS
26                                        UNITED STATES DISTRICT JUDGE